# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT BIG STONE GAP, VA
FILED

JUN 2 6 2008

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | Case No. 2:07CR00015 |
| ) | |
| v.  ) | |
| ) | **VERDICT** |
| **DANIEL DOVE,** ) | |
| ) | |
| Defendant.  ) | |

We, the jury, unanimously find as to **DANIEL DOVE**:

**Count One**:    Conspiracy.

_____          __X__
Not Guilty          Guilty

**Count Two**:    Copyright Infringement (either as a principal or as an aider and abettor).

_____          __X__
Not Guilty          Guilty

_Sally R. Bailey_
Foreperson